UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CROSS COUNTRY STAFFING, INC., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>KENNYSHUA DANIELS,<br><br>Defendant(s). | Case No.2:24-CV-699 JCM (DJA)<br><br>ORDER |

Presently before the court are several motions filed by plaintiffs Cross Country Staffing, Inc. and New Mediscan II, LLC, d/b/a Cross Country Education: a motion for a temporary restraining order (ECF No. 5), a motion for a preliminary injunction (ECF No. 6), a motion to shorten time (ECF No. 7), a motion to seal (ECF No. 8), a motion to expedite discovery (ECF No. 9), and a motion to short time regarding the motion to expedite discovery (ECF No. 10).

Plaintiffs allege that the defendant, Kennyshua Daniels, is a former employee of the plaintiffs who violated her employment agreement by surreptitiously working for two of the plaintiffs' competitors and misappropriating company trade secrets.  (*See generally* ECF No. 5). Plaintiffs further allege that, without court intervention, they will suffer irreparable harm in the form of loss of goodwill, destruction of trade secrets, loss of confidentiality, and competitive disadvantage.  (*Id.* at 18).  Plaintiffs inform the court that the summons and complaint, as well as all motions, have been served on the defendant.  (ECF No. 5-3; ECF No. 10, at 2).

In light of the above, the court agrees that the plaintiffs' motions (ECF Nos. 5, 6, 9) should be handled in an expedited manner.  Accordingly, the court will defer ruling on these motions until the defendant has had an opportunity to respond.

Accordingly,

IT IS HEREBY ORDERED that the plaintiffs serve THIS order on the defendants by April 22, 2024, and that the defendant shall have until April 26, 2024, to respond to the plaintiffs' motions for a temporary restraining order, a preliminary injunction, and to expedite discovery. (ECF Nos. 5, 6, 9). Plaintiffs may file a reply by May 1, 2024.

IT IS FURTHER ORDERED that the plaintiffs must file proof of service of the summons and complaint by April 22, 2024.

IT IS FURTHER ORDERED that the plaintiffs' motion to seal and file certain exhibits with redactions (ECF No. 8) is GRANTED. The exhibits contain sensitive information such as private medical data and company trade secrets, and the need to keep the information in the exhibits sealed or redacted outweighs the public's interest in disclosure and access to court records. The clerk of the court is INSTRUCTED to maintain ECF Nos. 8-1, 8-1, 8-3, 8-4, and 8-5 under seal.

DATED April 19, 2024.

_____
UNITED STATES DISTRICT JUDGE